UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

STURGIS IRON & METAL COMPANY, INC.

    Debtor

JAMES W. BOYD, TRUSTEE,

    Plaintiff,

v

PONTOON BOAT, LLC d/b/a BENNINGTON MARINE,

    Defendant.

CASE NO. 08-02966
TAX ID. 38-1308468
CHAPTER 11

HON. JEFFREY R. HUGHES

ADV PRO NO. 10-80161-JRH

Ronald A. Schuknecht (P27986)
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Plaintiff
202 E. State St., Ste. 100
Traverse City, MI 49684
231-929-4878

## DEFAULT JUDGMENT

This matter having come on for hearing on Plaintiffs Motion for Entry of Default Judgment (hereinafter the "Motion"); Plaintiff having appeared by and through his attorney Ronald A, Schuknecht for Smith Haughey Rice & Roegge; an Entry and Notice of Default having been entered by the Court on May 12, 2010, and served on the Defendant; the Motion having been served on the Defendant as set forth in the Proof of Service filed with the Court and a Notice of Hearing Re Entry of Default Judgment having been served on the Defendant; the Defendant having not appeared in person or by or through a representative; the Court having found that (i) Defendant was served with a copy of the Summons and Complaint on April 6, 2010, as set forth in the Certificate of Service filed with the Court, (ii) no Answer

or other pleading was filed within the time frame set forth in the Summons, (iii) an Entry and Notice of Default was entered by the Court, (iv) Defendant was served with the Motion and the Notice of Hearing Re Entry of Default Judgment, (v) the amount at issue is a sum certain, and (vi) neither Defendant nor a representative of Defendant filed an Answer or other pleading or appeared at the hearing; and the Court being otherwise fully advised in the premises,

IT IS ORDERED as follows:

1. Plaintiff's Motion for Entry of Default Judgment is granted;

2. A Money Judgment is hereby entered in favor of Plaintiff, James W. Boyd, Trustee, and against Defendant, Pontoon Boat, LLC d/b/a Bennington Marine, in the principal amount of $123,389.55, plus costs in the amount of $250.00 for a total of $123,639.55, plus interest as set forth below;

3. This Money Judgment shall accrue interest at the Federal Judgment Interest rate of ___% per annum from the date of filing of the Complaint until the date this Money Judgment is satisfied, said amount to be added to the amount set forth in paragraph 2 above; and,

4. Plaintiff shall be entitled to all collection remedies available by law.

**END OF ORDER**

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation